In the Matter of the BOARD OF SUPERVISORS OF WESTCHESTER COUNTY, Respondent, Relative to the Acquisition of Certain Lands for Right of Way Purposes. JOSEPH C. BALDWIN, Appellant.

(Submitted October 7, 1935; decided October 15, 1935.)

*William A. Davidson, County Attorney (Frank J. Claydon* of counsel), for motion.

*Benjamin J. Brown* opposed.

Motion denied.